IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN W. HOZE,

      Plaintiff,                    No. CIV S-05-2052 LKK DAD P

      vs.

BOARD OF PRISON TERMS, et al.,

      Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

        On October 11, 2005, plaintiff, a county jail inmate, submitted a letter in which he asks the court to "set the BPT straight for once and for all" with regard to hearsay evidence. The Clerk of the Court construed the letter as a civil rights complaint and opened this case. The case opening documents sent to plaintiff at his address of record were returned by the postal service as undeliverable. The mail was marked "Not in custody." No updated address has been provided.

        It appears that plaintiff has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for plaintiff's failure to keep the court apprised of his current address. See Local Rules 83-182(f) and 11-110.

/////

1

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty
3  days after being served with these findings and recommendations, plaintiff may file written
4  objections with the court.  A document containing objections should be titled "Objections to
5  Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file
6  objections within the specified time may, under certain circumstances, waive the right to appeal
7  the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
8  DATED: October 25, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
hoze2052.33a