IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN W. HOZE,

     Plaintiff,                        No. CIV S-05-2052 LKK DAD P

     vs.

BOARD OF PRISON TERMS, et al.,

     Defendants.               <u>ORDER</u>

/

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

     On January 23, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. As directed by the magistrate judge, the Clerk of the Court served the findings and recommendations upon plaintiff at his institutional address of record and at the residential address provided by plaintiff in anticipation of his release. Neither copy of the findings and recommendations has been returned to the court as undeliverable. Plaintiff has not filed objections to the findings and recommendations.

1

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed January 23, 2006, are adopted in full; and

      2. This action is dismissed without prejudice for failure to state a cognizable civil rights claim.

DATED: March 9, 2006.

      /s/Lawrence K. Karlton
      UNITED STATES DISTRICT JUDGE

/hoze2052.800